**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **CASE NO. 1:10-cv-02088-LJO-SMS** |
| **Plaintiff,** | **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT REFUGIO RAMIREZ, individually and d/b/a PIRATE PIZZA** |
| **vs.** | |
| **Refugio Ramirez,** | |
| **Defendant.** | |

    **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant REFUGIO RAMIREZ, individually and d/b/a PIRATE PIZZA, that the above-entitled action is hereby dismissed **without prejudice** against REFUGIO RAMIREZ, individually and d/b/a PIRATE PIZZA and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

    **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by August 31, 2013, the dismissal shall be deemed to be **with prejudice**.

///

///

///

///

**STIPULATION OF DISMISSAL**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).   Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 1, 2012                 */s/ Thomas P. Riley*
                                       **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                        By:  Thomas P. Riley
                                        Attorneys for Plaintiff
                                        J & J SPORTS PRODUCTIONS, INC.

Dated:                                 */s/ Robert J. Cervantes*
                                       **LAW OFFICES OF ROBERT CERVANTES**
                                        By:  Robert J. Cervantes, Esquire
                                        Attorneys for Refugio Ramirez, individually and
                                        d/b/a Pirate Pizza

### ORDER

THIS COURT DISMISSES THIS ACTION PURSUANT TO THE PATIES' STIPULATION AND DIRECTS THE CLERK TO CLOSE THIS ACTION, SUBJECT TO REOPENING AS NECESSARY.

IT IS SO ORDERED.

   Dated:   **October 10, 2012**                   **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**PAGE 2**