1 | Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc., | CASE NO. 1:10-cv-02088-LJO-SMS |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT REFUGIO RAMIREZ, individually and d/b/a PIRATE PIZZA |
| vs. | |
| Refugio Ramirez, | |
| Defendant. | |

   **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant REFUGIO RAMIREZ, individually and d/b/a PIRATE PIZZA, that the above-entitled action is hereby dismissed **without prejudice** against REFUGIO RAMIREZ, individually and d/b/a PIRATE PIZZA and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

   **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by August 31, 2013, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 1, 2012        */s/ Thomas P. Riley*
                                       **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                       By: Thomas P. Riley
                                       Attorneys for Plaintiff
                                       J & J SPORTS PRODUCTIONS, INC.

Dated:        */s/ Robert J. Cervantes*
                                       **LAW OFFICES OF ROBERT CERVANTES**
                                       By: Robert J. Cervantes, Esquire
                                       Attorneys for Refugio Ramirez, individually and
                                       d/b/a Pirate Pizza

## ORDER

THIS COURT DISMISSES THIS ACTION PURSUANT TO THE PATIES' STIPULATION AND DIRECTS THE CLERK TO CLOSE THIS ACTION, SUBJECT TO REOPENING AS NECESSARY.

IT IS SO ORDERED.

     Dated:   **October 10, 2012**         **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE